IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:09-cv-876-MHT |
| ) | (WO) |
| UNITED STATES COURT OF APPEALS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 22, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that the Recommendation of the Magistrate Judge (Doc. 5) is ADOPTED.

An appropriate judgment will be entered.

DONE, this the 21st day of March 2011.

　　　　　　　　　　　　　　　　 /s/   Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE