IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS,              ) | |
|                            ) | |
|    Plaintiff,   ) | |
|                            ) | |
| v.                         ) | CASE NO. 3:09-cv-876-MHT |
|                            ) | (WO) |
| UNITED STATES COURT OF APPEALS, ) | |
|                            ) | |
|    Defendant.  ) | |

### FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 41(b).

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE, this the 21st day of March, 2011

       /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE